# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LESTER JOHN DAHLHEIMER, JR. § | |
| § | Civil Action No. 4:19-CV-22 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| WANDA L. BOWLING § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 25, 2019, the report of the Magistrate Judge (Dkt. #12) was entered containing proposed findings of fact and recommendations that Plaintiff Lester John Dahlheimer's Emergency Motion to Remand and Motion to Abstain [Dkt. 4] be granted and the above-captioned case be remanded.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Lester John Dahlheimer's Emergency Motion to Remand and Motion to Abstain [Dkt. 4] is **GRANTED**, and the above-captioned case is hereby **REMANDED** to the 296th Judicial District Court, Collin County, Texas for further proceedings.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

 **SIGNED** this 26th day of February, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE